IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES TURNER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-23-jdp

v.

PHILIPP HOECHST, MEREDITH MASHAK,
LUCAS WOGERNESE, KEISHA
PERRNOUD, CHARLES FACKTOR,
CINDY O'DONNELL, and RYAN BLOUNT,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Keisha Perrnoud and Ryan Blount from this case;

    (2) granting summary judgment in favor of Phillip Hoechst, Meredith Mashak, Lucas Wogernese, Cindy O'Donnell and Charles Facktor and dismissing this case.

| /s/ | 3/28/2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |